under her hand bearing date the. 15ᵗʰ of April. 1675. may appeare with due interest and all other due damages according to attachmᵗ datᵈ July. 17ᵗʰ 1676. . . . The Jury . . . found for the plaint. twenty Four pound Five Shillings eight pence mony damage according to bill and costs of Court being thirty four Shillings Six pence.

Execucion issued July. 31° 1676.

### GILLAM &ᵃ agᵗ SMITH

Benjamin Gillam and Richard Sharp plaintˢ agᵗ Thomas Smith Senioʳ Defendᵗ in an action of trespass for intrenching upon and unjustly molesting them in the enjoiment and improvement of theire Land cutting down theire Fence whereby they are hindred from securing that [392] which they have planted upon theire sᵈ land with other due damages according to attachmᵗ datᵈ July. 14ᵗʰ 1676. @ . . . The Jury . . . founde for the plaintiffs five Shillings damage and costs of Court. allowed Fifty one Shilling and ten pence.

Execucion issued aug° 11. 1676.

### GIBBS agᵗ PERRY

Benjamin Gibbs plaint. agᵗ Seth Perry Defendᵗ The plaint. was non Suted upon non appearance.

### BELCHER agᵗ WEBB &ᵃ

Joseph Belcher plaint. upon Replevin agᵗ Christopher Webb and James Brackett Constables of Brantery Defᵗˢ
This action was continued untill the next Court by ordʳ

### BRIGGS agᵗ MATSON

Abraham Briggs plaint. agᵗ Thomas Matson. prison keeper Defᵗ The plaint. was non Suted in failure of process

### GIFFARD agt WILLETT

John Giffard plaint. agᵗ Jacob Willett Defendᵗ The plaint. was non Suted in failure of process

### RAWSON agt BRIGGS

William Rawson of Boston plaint. agᵗ Abraham Briggs Defendᵗ in an action of the case for that hee saide Briggs did trade with